Amy L. Bennecoff Ginsburg (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
abennecoff@creditlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CRAIG ADAMS,** | |
| **Plaintiff,** | Case No.: 2:15-cv-01595-JAM-EFB |
| v. | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| **ENHANCED RECOVERY COMPANY, LLC,** | |
| **Defendant.** | |

## STIPULATION TO DISMISS

TO THE CLERK:

Plaintiff, CRAIG ADAMS (herein after "Plaintiff"), and Defendant, ENHANCED RECOVERY COMPANY, LLC (hereinafter "Defendants"), (all

jointly hereinafter referred to as "the Parties") hereby move to dismiss the action with prejudice, and in support of this Motion hereby say:

1. This matter is resolved between the parties.

2. The Parties to the litigation have now entered into this Joint Motion.

3. Each party will bear its own attorney's fees and costs.

4. The Parties agree that this Court can proceed to dismiss the action with prejudice.

WHEREFORE, Plaintiff and Defendant respectfully request that this Court dismiss this action with prejudice.

*/s/ Larissa G. Nefulda*                                     */s/ Amy L. Bennecoff Ginsburg*

| | |
|---|---|
| Larissa G. Nefulda | Amy L. Bennecoff Ginsburg (AB 0891) |
| Lewis Bribois Bisgaard & Smith Llp | Kimmel & Silverman, P.C. |
| 221 No. Figueroa Street, Suite 1200 | 30 E. Butler Avenue |
| Los Angeles, CA 90012 | Ambler, PA 19002 |
| Phone: (213) 250-1800-7933 | Phone: (215) 540-8888 |
| Fax: 213-250-7900 | Fax: (215) 540-8817 |
| Email: lnefulda@lbbslaw.com | Email: aginsburg@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |

Date: February 9, 2016                                       Date: February 9, 2016

**<u>Signature Certification</u>**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Larissa Nefulda, counsel for Defendant, and that I have obtained Counsel's authorization to affix his electronic signature to this document.

Dated: February 9, 2016                Kimmel & Silverman, P.C.

                                       <u>/s/ Amy L. Bennecoff</u>
                                       Amy L. Bennecoff
                                       Attorney for Plaintiff

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 9th day of February, 2016:

Larissa G. Nefulda, Esq.
Lewis Bribois Bisgaard & Smith Llp
221 No. Figueroa Street, Suite 1200
Los Angeles, CA 90012
Email: lnefulda@lbbslaw.com

                            */s/ Amy L. Bennecoff Ginsburg*
                            Amy L. Bennecoff Ginsburg (AB 0891)
                            Kimmel & Silverman, P.C.
                            30 E. Butler Avenue
                            Ambler, PA 19002
                            Phone: (215) 540-8888
                            Fax: (215) 540-8817
                            Email: aginsburg@creditlaw.com
                            Attorney for the Plaintiff